Brad L. Dunn (AZ Bar No. 028897)
M. Victoria Smith (AZ Bar No. 036334)
HINSHAW & CULBERTSON LLP
2375 East Camelback Road, Suite 410
Phoenix, AZ 85016
(602) 631-4400
bdunn@hinshawlaw.com
msmith@hinshawlaw.com

Sondra A. Hemeryck (*pro hac vice*)
Eli J. Litoff (*pro hac vice*)
Riley Safer Holmes & Cancila LLP
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
(312) 471-8700
shemeryck@rshc-law.com
elitoff@rshc-law.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Anton Anderson, Bethel Banabu, Anant Bhattacharya, Jennifer Bummer, Kevin Chapa, Azia Charles, Candice Chen, Shawn Day, Molly Earnhardt, Blake Falls, Adela Gallegos, Norbertha Garcia, Flipe Ginza, Kana Ginza, Rick Gonzalez, Chris Hall, Cairen Howard, Cameron James, Lok Sum Ida Lau, Jennifer Lee, Joshua Lim, Daniel Madison, Sawyer Mills, Young Noh, Jacklyn Pope, Felicia Ragsdale, Jackie Taylor, Paige Texas, Brianna Tittle, Jenesis Tucker, Christian Turner, Jon Watkins, and Jonathan Wizard,

Plaintiffs,

vs.

Westwind School of Aeronautics Phoenix, LLC d.b.a. United Aviate Academy, a Delaware limited liability company, and United Airlines, Inc., a Delaware corporation,

Defendants.

Case No. 2:25-cv-00923-SHD

**JOINT STATUS REPORT REGARDING STATUS OF MEDIATION AND REQUEST FOR CONTINUED STAY**

1. On August 14, 2025, the parties filed a join motion to stay proceedings pending completion of mediation (Dkt. 26), which the Court granted. Dkt. 27.

2. On October 17, 2025, the Court entered an Order continuing the stay pending the parties' scheduled mediation. Dkt. 29. The Court also ordered the parties to submit a Joint Status Report no later than January 27, 2026. *Id.*

3. Pursuant to the Court's October 17, 2025 Order, the parties report as follows:

a. The parties participated in a three-day, in-person mediation session with mediator Myles P. Hassett, from January 20 through January 22, 2026.

b. Although the dispute remains unresolved following the in-person mediation, the parties have agreed to continue to engage in discussions through the mediator.

4. WHEREFORE, to allow the parties to continue these ongoing discussions while also moving the case forward, the parties respectfully request that the Court set a deadline of February 26, 2026 for Plaintiffs to respond to Defendants' outstanding motions. Dkts. 19, 20, 21.

Dated: January 27, 2026

/s/Brad L. Dunn

Brad L. Dunn (AZ Bar No. 028897)
M. Victoria Smith (AZ Bar No. 036334)
HINSHAW & CULBERTSON LLP
2375 East Camelback Road, Suite 410
Phoenix, AZ 85016
(602) 631-4400
bdunn@hinshawlaw.com
asmith@hinshawlaw.com

Sondra A. Hemeryck (*pro hac vice*)
Eli J. Litoff (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
(312) 471-8700
shemeryck@rshc-law.com
elitoff@rshc-law.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document has been furnished via E-Mail to David K. TeSelle, dteselle@burgsimpson.com, BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C., 2390 East Camelback Road, Suite 403, Phoenix, AZ 84016, Attorney for Plaintiffs.

Dated: January 27, 2026

/s/Brad L. Dunn

Brad L. Dunn (AZ Bar No. 028897)
M. Victoria Smith (AZ Bar No. 036334)
HINSHAW & CULBERTSON LLP
2375 East Camelback Road, Suite 410
Phoenix, AZ 85016
(602) 631-4400
bdunn@hinshawlaw.com
asmith@hinshawlaw.com

Sondra A. Hemeryck (*pro hac vice*)
Eli J. Litoff (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
(312) 471-8700
shemeryck@rshc-law.com
elitoff@rshc-law.com

*Attorneys for Defendants*